# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1186.  ANTONETTE FERRELL-GREEN et al. v. MIDFIRST BANK.**

Plaintiff MidFirst Bank filed this post-foreclosure dispossessory action against defendants Antonette Ferrell-Green and Tony Ware in the magistrate court. The case was transferred to the superior court with the parties' consent. On March 2, 2021, the superior court entered an order directing defendants to pay rent pending a final disposition of the case. On March 9, 2021, defendants filed a notice of appeal to obtain review of the rent order.[1]

As a general rule, a right of direct appeal lies from a final judgment, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the rent order was not a final judgment, and the case remains pending in the superior court. Consequently, defendants were required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review. See *Carter v. Landel/Arundel, Inc.*, 172 Ga. App. 115, 116 (3) (322 SE2d 108) (1984). Their failure to do so requires dismissal of this appeal for lack of jurisdiction. See *Grantham v. Nelson*, 160 Ga. App. 68 (286 SE2d 59) (1981). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *04/20/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _____ , Clerk.

---

[1] Defendants also filed an application for discretionary appeal from the trial court's order. That application also was dismissed for lack of jurisdiction. See Case No. A21D0243 (dismissed March 30, 2021).